UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAMAR WOODHOUSE

    v.                                                3:08cv1260 (CSH)

JANE RIDLEY

**RULING AND ORDER**

Pending before the Court is the Plaintiff's motion to dismiss. On November 10, 2009, the Court granted Defendant's motion to compel and ordered Plaintiff to respond to the June 1, 2009 Interrogatories and Requests for Production of Documents on or before November 20, 2009. Plaintiff seeks dismissal of this action because he cannot respond to Defendant's discovery requests. Counsel for Defendant has filed an objection to the motion to dismiss indicating that she received Plaintiff's responses to the request for production of documents and interrogatories shortly after she filed her motion to compel. Therefore, counsel for Defendant opposes Plaintiff's motion to dismiss.

In view of the information provided by counsel for Defendant, it appears that Plaintiff has complied with the June 1, 2009 discovery requests. Accordingly, Plaintiff's Motion to Dismiss [Doc. 19] is **DENIED**.

On August 24, 2009, Defendant filed a motion for summary judgment, including a Notice to Pro Se Litigant informing Plaintiff of his obligation to respond to the motion. Rule 7(a), D. Conn. L. Civ. R., requires Plaintiff to file his response to the motion within twenty-one (21) days from the date the motion was filed. To date, Plaintiff has not filed a response to the motion for summary judgment.

Plaintiff shall file his response to the motion for summary judgment on or before December 31, 2009. If a response is not filed on or before December 31, 2009, the Court

will rule on the motion as unopposed.

    It is SO ORDERED.

Dated: New Haven, Connecticut

    December 10, 2009.

                                        */s/ Charles S. Haight, Jr.*
                                        Charles S. Haight, Jr.
                                        Senior United States District Judge